# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRANDON HARRIS,

 *Petitioner*,

vs.

BRIAN E. WILLIAMS,

 *Respondents*.

2:15-cv-01087-JCM-NJK

ORDER

  Petitioner or plaintiff has submitted a form motion for appointment of counsel (ECF No. 2), with no habeas petition or complaint of any kind, nor any filing fee or application to proceed *in forma pauperis*.

  As petitioner has failed to submit a habeas petition, this matter has not been properly commenced. Accordingly, the present action will be dismissed without prejudice to the filing of a petition in a new action on the form required by LSR 3-1, with a pauper application on the proper form with all required attachments.

  **IT IS THEREFORE ORDERED** that the motion for appointment of counsel (ECF No. 2) is **DENIED** as moot and that this action shall be **DISMISSED** without prejudice to the filing of a habeas petition, on the required form, in a new action with a properly completed pauper application.

1  **IT IS FURTHER ORDERED** that the clerk shall send petitioner two copies each of an
2  application form to proceed *in forma pauperis* for incarcerated persons and a noncapital Section 2254
3  habeas petition form, one copy of the instructions for each form, and a copy of the papers that he
4  submitted in this action.

5  **IT IS FURTHER ORDERED** that the clerk of court shall enter judgment accordingly and
6  close this case.

9  Dated  October 19, 2015.

12  _____
13  UNITED STATES DISTRICT JUDGE